**IN RE: John Lee CHRISTAKIS, Debtor.**

**John Lee Christakis, Appellant,**

v.

**U.S. Bank N.A., Appellee.**

**No. 14-60013**

United States Court of Appeals, Ninth Circuit.

Submitted April 11, 2017 *

Filed April 21, 2017

John Lee Christakis, Pro Se

Michael Curran, Jennifer Reiter, Maynard Cronin Erickson Curran & Reiter, PLC, Phoenix, AZ, for Appellee

Before: GOULD, CLIFTON, and HURWITZ, Circuit Judges.

MEMORANDUM **

John Lee Christakis appeals pro se from the Bankruptcy Appellate Panel's ("BAP")

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

order dismissing as moot his appeal from the bankruptcy court's order denying his motion to reconsider. We have jurisdiction under 28 U.S.C. § 158(d). We review for clear error factual findings about mootness, and review de novo legal conclusions. *Rev Op Grp. v. ML Manager LLC (In re Mortgages Ltd.)*, 771 F.3d 1211, 1215 (9th Cir. 2014). We affirm.

The BAP properly dismissed Christakis's appeal as moot, because Christakis neither sought a stay of the bankruptcy court's objectionable order, nor offered any reason for not doing so. *See id.* at 1215-16 (the court must first determine if appellant applied to the bankruptcy judge for a stay, or gave adequate reason on the record for not doing so). Christakis has accordingly permitted such a comprehensive change of circumstances to occur that it is inequitable to consider the merits of the appeal. *Id.* at 1215-17; *Motor Vehicle Casualty Co. v. Thorpe Insulation Co. (In re Thorpe Insulation Co.)*, 677 F.3d 869, 880-81 (9th Cir. 2012).

In light of our disposition, we do not consider Christakis's arguments regarding the underlying merits.

Christakis's motion to take judicial notice of BAP transcripts (Docket No. 26) is denied as unnecessary.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.